# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATONIA GORE and GREGORY GORE, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE NO.<br>) _____<br>) |
| v. | )<br>) |
| CRST EXPEDITED, INC. d/b/a CRST THE TRANSPORTATION SOLUTION INC.; DEONTE DUCK; JOHN DOES 1-5; and ABC CORPORATIONS 1-5, | ) [On Removal from State Court of<br>) Fulton County, Civil Action No.<br>) 23EV008202]<br>)<br>)<br>) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | )<br>) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, Defendant CRST Expedited, Inc. ("CRST"), hereby removes the above-captioned action, filed by Plaintiffs Latonia Gore and Gregory Gore ("Plaintiffs"), in the State Court of Fulton County, in the State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing the Court as follows:

## GROUNDS FOR REMOVAL

1. Plaintiffs commenced the action styled *Latonia Gore and Gregory Gore v. CRST Expedited, Inc. d/b/a CRST The Transportation Solution Inc., Deonte Duck, John Does 1-5, and ABC Corporations 1-5,* Civil Action File No.

23EV008202, by filing a complaint in the State Court of Fulton County, in the State of Georgia, (the "State Court Action") on December 19, 2023.  *See* Complaint for Damages ("Complaint"), attached as **Exhibit ["Ex."] A.**

2. Plaintiffs have filed suit in connection with a motor vehicle accident that occurred on Interstate 20 West near the Thornton Road exit ramp in Cobb County, Georgia, on or about February 1, 2023.  *See* **Ex. A** at ¶ 1.  In the Complaint, Plaintiffs seek damages from Defendant Deonte Duck ("Mr. Duck") for his alleged negligence in operating a vehicle on behalf of CRST.  *Id.* at ¶¶ 41-51.  Plaintiffs assert that CRST is liable under a *respondeat superior* theory and for direct negligence claims.  *Id.* at ¶¶ 66-75, 84.

3. As set forth more fully below, the State Court Action warrants removal to this Court because all procedural requirements for removal are satisfied, there exists complete diversity of citizenship between Plaintiffs and Defendants, and the matters in controversy exceed the sum or value of $75,000.00, exclusive of interest and costs.  *See* 28 U.S.C. §§ 1441, 1446, and 1332.

4. Moreover, the United States District Court for the Northern District of Georgia, Atlanta Division, is the appropriate court for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(a), as it is the district court for the district and division within which the State Court Action is pending.

- 2 -

5. At the time the Complaint was filed, Plaintiffs were domiciled in the State of Georgia, such that they are citizens of Georgia. *See* **Ex. A** at ¶ 2; *see Ennis v. Smith*, 55 U.S. 400, 423 (1852) ("Where a person lives, is taken prima facie to be his domicile, until other facts establish the contrary."); *see also McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002) ("Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction.").

6. CRST is a foreign corporation with its principal place of business in Cedar Rapids, Iowa. *See* **Ex. A** at ¶ 3; *see also* Georgia Corporations Division Printout – Corporation Entity Details for CRST, attached as **Ex. B**. CRST is therefore deemed a citizen of Iowa for purposes of 28 U.S.C. §§ 1441 and 1332. *See* 28 U.S.C. § 1332(c). CRST received service of the Complaint on December 27, 2023, as evidenced by the Affidavit of Service, attached as **Ex. C.**

7. At the time the Complaint was filed, Plaintiffs allege that Mr. Duck was domiciled in Georgia such that he is a citizen of Georgia. *See, e.g.,* **Ex. A** at ¶ 19; *Ennis*, 55 U.S. at 423; *McCormick*, 293 F.3d at 1257. This is incorrect. Undersigned counsel also represents Mr. Duck, and he resides in Maryland. Mr. Duck has not yet been properly served.

8. Based on the foregoing, pursuant to 28 U.S.C. § 1332, there exists complete diversity of citizenship between Plaintiffs and every Defendant. Should

Plaintiffs properly serve Mr. Duck, complete diversity of citizenship between Plaintiffs and all Defendants will not be destroyed.

9. "The requirement that there be unanimity of consent in removal cases with multiple defendants does not require consent of defendants who have not been properly served." *See Gardner v. TBO Capital LLC*, 986 F. Supp. 2d 1324, 1331 (N.D. Ga. 2013) (quoting *Johnson v. Wellborn*, 418 F. App'x. 809, 815 (11th Cir. 2011)). Even though Mr. Duck has not yet been served, he consents to this removal.

10. As of the submission of this filing, no Defendants have filed an answer or responsive pleading to the Complaint in the State Court Action.

11. Given that this Notice of Removal is being filed within 30 days of service of the initial pleadings to CRST, it is timely pursuant to 28 U.S.C. § 1446(b).

12. Plaintiffs' Complaint alleges claims for "all special and compensatory damages, medical expenses, lost wages, and other necessary expenses, as well as fair and full compensation for all pain and suffering, including physical pain, mental and emotional suffering, shock of impact, disability, worry, anxiety, loss off enjoyment of life, [and] loss of capacity to work." *See* **Ex. A** at ¶ 99. Plaintiffs also assert they have incurred at least $74,000.00 in medical expenses to date (*id.* at ¶¶ 82-83), but they also maintain claims for "future medical expenses and past and future lost wages." *Id.* at ¶ 85. As such, it is apparent that the jurisdictional requirement for removal to this Court is satisfied. 28 U.S.C. § 1332(a).

13. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served on CRST are attached hereto.  *See* **Ex. A.**  No orders have been served on CRST as of the date of this filing.

14. Pursuant to 28 U.S.C. § 1446(d), CRST will provide Plaintiffs with written notice of the filing of this Notice of Removal and file with the Clerk of the State Court of Fulton County, in the State of Georgia, a copy of this Notice of Removal.  *See* Notice of Filing Notice of Removal, attached as **Ex. D.**

15. Based on the foregoing, and pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, the State Court Action warrants removal to this Court because all procedural requirements for removal are satisfied, there exists complete diversity of citizenship between Plaintiffs and Defendants and the matters in controversy exceed the sum or value of $75,000.00, exclusive of interest and costs.

16. Further, CRST demands a jury trial on all the issues so triable.

17. The filing fee of $405.00 has been paid electronically into the registry of the United States District Court contemporaneously with the filing of this Notice.

WHEREFORE, CRST respectfully requests that the above captioned action, filed by Plaintiffs in the State Court of Fulton County, in the State of Georgia, be REMOVED to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332.

Respectfully submitted and signed, pursuant to Fed. R. Civ. P. 11, on this 26th day of January, 2024, by:

        WEINBERG, WHEELER,
        HUDGINS, GUNN & DIAL, LLC

        */s/ Brannon J. Arnold*
        Brannon J. Arnold
        Georgia Bar No. 218034
        Jason T. Vuchinich
        Georgia Bar No. 537503
        3344 Peachtree Rd, N.E., Suite 2400
        Atlanta, Georgia 30326
        404-876-2700
        barnold@wwhgd.com
        jvuchinich@wwhgd.com

        *Counsel for CRST Expedited, Inc.*

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Brannon J. Arnold*
Brannon J. Arnold

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon all counsel of record via the Court's electronic filing system as follows:

William B. Pate
Martin Futrell
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, Georgia 30308

*Counsel for Plaintiffs*

This 26th day of January, 2024.

                                          */s/ Brannon J. Arnold*
                                          Brannon J. Arnold